UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| SHAKUR AL-AMIN, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) NO. 3:20-cv-00413 |
| STATE OF TENNESSEE, et al., | ) |
| Defendant. | ) |

## ORDER

Before the Court is a Report and Recommendation ("R&R") (Doc. No. 79) recommending the Court dismiss this case without prejudice based on Plaintiff Shakur Al-Amin's failure to prosecute his claim and failure to keep the Court informed of a current address. No timely objections have been filed. The absence of objections "releases the Court from its duty to independently review the matter." Lawhorn v. Buy Buy Baby, Inc., No. 3:20-CV-00201, 2021 WL 1063075, at *1 (M.D. Tenn. Mar. 19, 2021); see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). Nevertheless, the Court thoroughly reviewed the R&R and agrees with its recommended disposition. The R&R (Doc. No. 79) is **APPROVED AND ADOPTED** and this case is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE